UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANKIE MONEGRO, on behalf of himself
and all others similarly situated,
    Plaintiff,

v.                                                  CASE NO.: 1:20-cv-6821
DENEVA, INC.

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney, and the Defendant, Deneva, Inc. that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant, Deneva, Inc. shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: October 15, 2020                                Respectfully Submitted,

                                                            /s/David Paul Force
                                                            David Paul Force Esq.
                                                            **Stein Saks, PLLC**
                                                            285 Passaic Street
                                                           Hackensack, NJ 07601
                                                           dforce@steinsakslegal.com
                                                           Tel. 201-282-6500
                                                           Fax 201-282-6501
                                                           *Attorneys for Plaintiff*

SO ORDERED:

*Vernon Broderick* (signature)
HON. VERNON S. BRODERICK  10/16/2020
UNITED STATES DISTRICT JUDGE

## Certificate of Service

      I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

This 15th day of October, 2020                Respectfully Submitted,

                                                        */s/ David Paul Force*
                                                        David Paul Force